## (February 20, 1956)

■ MARY BALMER, Appellant, v. MAJOR OPERATING CORP., Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ.

■ MADELINE DE LUCA, Respondent, v. FRITZ ERMER, Appellant. (Action No. 1.) FRITZ ERMER, Appellant, v. MADELINE DE LUCA, Respondent. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals denied. Motion for stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ. [See *ante*, p. 787.]

■ DOROTHY J. FIELD et al., Appellants, v. WESTCHESTER COUNTY PLAYLAND COMMISSION, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ. [See *ante*, p. 684.]

■ In the Matter of the Estate of LIZZIE BIRNBAUM, Also Known as LIZZIE WILNER, Deceased. BORIS J. FRIEDKISS, as Executor of LIZZIE BIRNBAUM, Deceased, Appellant; JENNIE NAVASKY, Respondent.— Motion to dismiss appeal granted, with $10 costs, and appeal dismissed. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ.

■ In the Matter of the Estate of LIZZIE BIRNBAUM, Also Known as LIZZIE WILNER, Deceased. BORIS J. FRIEDKISS, Appellant; JENNIE NAVASKY, Respondent.— Motion to dismiss appeal granted, with $10 costs, and appeal dismissed. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ.

■ JOSEPH PARTANNA et al., as Copartners Formerly Doing Business as LIBERTY CONTRACTING CO., Appellants, v. BETHPAGE RANCH HOMES, INC., Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Murphy and Ughetta, JJ.; Kleinfeld, J., not voting.